# United States District Court

## *Southern District of Georgia*

CORDELIUS BROWN

_____
Plaintiff

Case No. 4:22-cv-00082-WTM-CLR

v.  TITLEMAX OF GEORGIA, INC., ET AL

Appearing on behalf of

Defendants

_____
Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 11th day of June, 2022.

*Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

**NAME OF PETITIONER:** Ginette R. Brown

**Business Address:** BASS, BERRY & SIMS PLC
Firm/Business Name

1700 Riverview Tower, 900 S. Gay Street
Street Address

_____  Knoxville  TN  37902
Street Address (con't)  City  State  Zip

Mailing Address (if other than street address)

Address Line 2  City  State  Zip

615-742-7936                  275026 (inactive)
Telephone Number (w/ area code)   Georgia Bar Number

**Email Address:** ginette.brown@bassberry.com