AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00082-WTM-CLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2022 JUN 24 P 3:54 CLERK_____ SO. DIST. OF GA

This summons for *(name of individual and title, if any)* **Frank Chilsom**
was received by me on *(date)* **06/18/22**.

☒ I personally served the summons on the individual at *(place)* **22 S Rockwell Ave Savannah, GA 31419** on *(date)* **June 24, 2022**; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Frank Chilsolm, Father of Defendant**, a person of suitable age and discretion who resides there, on *(date)* **June 24, 2022**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6/24/22**

*Server's signature*

**Ms. Megan Hoffman**
*Printed name and title*

**159 Sugar Mill Cir Savannah, GA**
*Server's address*

Additional information regarding attempted service, etc:

Sunday June 19 at 6 pm to 22 S Rockwell Ave
Tuesday June 21 at 3:25 pm to 7 E Congress St. Suite 1001
Wednesday June 22 at 7:22 pm to 22 S Rockwell Ave

[ Print ]   [ Save As... ]   [ Reset ]