IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CORDELIUS BROWN,

    Plaintiff,

v.

TITLEMAX OF GEORGIA, INC., et al.,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-82

**O R D E R**

The United States Court of Appeals for the Eleventh Circuit having affirmed the Court's decision,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this 9th day of August, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA